| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Hassan Zavareei, 181547<br>Tycko and Zavareei, LLP<br>1970 Broadway Suite 1070<br>Oakland, CA 94606 | (510) 254-6806 | |
| ATTORNEY FOR (Name): Petitioner | Ref. No. or File No. | |

Insert name of court, judicial district or branch court, if any:

United States District Court, Eastern District of California
501 I Street Suite 4-200
Sacramento, CA 95814

PLAINTIFF:
Feliks Obertman on behalf of himself, et al

DEFENDANT:
Frontier Airlines Inc., et al.

| **PROOF OF SERVICE** | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>2:20-at-00395 |
|---|---|---|---|---|

**BY FAX**

1. At the time of service I was a citizen of the United States, over 18 years of age and not a party to this action, and I served copies of:
   Complaint, Summons, Order Setting Status Conference and attachements (Dkt 3)

2. Party Served: Frontier Airlines Inc

3. Person Served: Kaitlyn Mannix -CSC - Person Authorized to Accept Service of Process

4. Date & Time of Delivery: 04/22/2020    1:30PM

5. Address, City and State: 2710 Gateway Oaks Drive, Suite 150N
   Sacramento, CA 95833

6. Manner of Service: Personal Service - By personally delivering copies.

Fee for Service: $ 40

Registered California process server.
County: Sacramento
Registration No.: 2006-06
Tyler Anthony DiMaria
One Legal - P-000618-Sonoma
1400 North McDowell Blvd, Ste 300
Petaluma, CA 94954

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct and that this declaration was executed on 04/22/2020 at Petaluma, California.

Signature: _____
Tyler Anthony DiMaria

OL# 14657237