AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of California

| | |
|---|---|
| Feliks Obertman<br>*Plaintiff* | ) <br> ) <br> ) |
| v. | )    Case No.   2:20-cv-00820-KJM-CKD |
| Frontier Airlines Inc.<br>*Defendant* | ) <br> ) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Feliks Obertman                                                                                                        .

Date:        04/29/2020

/s/ Daniel L. Warshaw
*Attorney's signature*

DANIEL L. WARSHAW (CA Bar No. 185365)
*Printed name and bar number*

PEARSON, SIMON & WARSHAW, LLP
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403

*Address*

dwarshaw@pswlaw.com
*E-mail address*

(818) 788-8300
*Telephone number*

(818) 788-8104
*FAX number*