# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| Feliks Obertman | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:20-cv-00820-KJM-CKD |
| Frontier Airlines Inc | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Feliks Obertman.

Date: 04/29/2020

/s/ Annick M. Persinger
*Attorney's signature*

Annick M. Persinger (SBN 272996)
*Printed name and bar number*
TYCKO AND ZAVAREEI LLP
1970 Broadway Suite 1070
Oakland, CA 94612

*Address*

apersinger@tzlegal.com
*E-mail address*

(510) 254-6807
*Telephone number*

*FAX number*