Patrick J. Kearns, Esq. (SBN 241602)
patrick.kearns@wilsonelser.com
Wesley A. Wong, Esq. (SBN 314652)
wesley.wong@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, California 92101
Telephone: (619) 321-6200
Facsimile: (619) 321-6201

Attorneys for Defendant, FRONTIER AIRLINES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIKS OBERTMAN, on behalf of himself and all others situated,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES INC.,<br><br>Defendant. | Case No.: 2:20-cv-00820-KJM-CKD<br><br>**REQUEST FOR APPROVAL AND STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT**<br><br>Hon. Kimberly J. Mueller<br>Hon. Carolyn K. Delaney<br><br>Complaint Filed: April 21, 2020<br>Trial Date: Not yet set |

## REQUEST FOR APPROVAL

Defendant FRONTIER AIRLINES, INC. ("Defendant") and Plaintiff FELIKS OBERTMAN, on behalf of himself and all others similarly situated a/k/a the proposed class ("Plaintiffs") submits this request for approval for a twenty-eight (28) day extension of time for Defendant to respond to the Class Action Complaint filed by Plaintiffs. The current responsive pleading deadline is May 13, 2020, and the current request will extend the time to file a responsive pleading up to and including June 10, 2020. This request is made pursuant to Rule 144(a) of the Local Rules of the

United States District Court, Eastern District of California, and the Court's Order regarding general procedures controlling this case.

Plaintiffs support the requested extension and lead trial counsel for Plaintiffs has signed the below Stipulation. This is the first request made for an extension of time in this case; and there will be no prejudice to the prosecution of this case or to the parties given that the September 3, 2020, Status (Pretrial Scheduling) Conference has not occurred and no scheduling order has issued. For these reasons, Defendant respectfully requests that the Court approve the below Stipulation and extend time until June 10, 2020, for Defendant to respond to Plaintiffs' Class Action Complaint.

## **STIPULATION**

This Stipulation is entered into by Defendant FRONTIER AIRLINES, INC. ("Defendant") and Plaintiff FELIKS OBERTMAN, on behalf of himself and all others similarly situated a/k/a the proposed class ("Plaintiffs"), pursuant to Rule 144(a) of the Local Rules of the United States District Court, Eastern District of California. Defendant and Plaintiffs stipulate and agree as follows:

WHEREAS, on April 21, 2020, Plaintiff Feliks Obertman, an individual, filed a Class Action Complaint on behalf of himself and all others similarly situated a/k/a the proposed class;

WHEREAS, Defendant's responsive pleading is currently due on May 13, 2020;

WHEREAS, lead trial counsel for Plaintiffs and Defendant have discussed the complexity of this class action case; and have stipulated to a twenty-eight (28) day extension for Defendant to file and serve a responsive pleading to Plaintiffs' Class Action Complaint pursuant to Rule 144(a) of the Local Rules of the United States District Court, Eastern District of California; and

WHEREAS, the parties now desire to extend the deadline from May 13, 2020, to June 10, 2020, for Defendant to respond to Plaintiffs' Class Action Complaint. There have been no prior requests for an extension of time in this case.

NOW, THEREFORE, Defendant and Plaintiffs, by and through their respective counsel, stipulate and agree as follows:

1. Defendant's deadline to respond to Plaintiffs' Class Action Complaint, filed on April 21, 2020, is extended from May 13, 2020, to June 10, 2020.

2. This Stipulation may be executed in counterpart originals and by facsimile or electronic signature, each of which shall be deemed to be an original, and all of which shall constitute one and the same document.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: May 11, 2020 | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| | By: */s/ Patrick Kearns* <br> Patrick J. Kearns, Esq. <br> Wesley A. Wong, Esq. <br> Attorneys for Defendant, <br> FRONTIER AIRLINES, INC. |
| As authorized on May 11, 2020 | TYCKO & ZAVAREEI LLP |
| | By: */s/ Hassan Zavareei* <br> Hassan A. Zavareei, Esq. <br> Attorney for Plaintiff, <br> FELIKS OBERTMAN AND THE PROPOSED CLASS |