Patrick J. Kearns, Esq. (SBN 241602)
patrick.kearns@wilsonelser.com
Wesley A. Wong, Esq. (SBN 314652)
wesley.wong@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, California 92101
Telephone:  (619) 321-6200
Facsimile:    (619) 321-6201

Attorneys for Defendant, FRONTIER AIRLINES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| FELIKS OBERTMAN, on behalf of himself and all others situated,<br><br>  Plaintiff,<br><br>  v.<br><br>FRONTIER AIRLINES INC.,<br><br>  Defendant. | Case No.: 2:20-cv-00820-KJM-CKD<br><br>**[PROPOSED] ORDER GRANTING REQUEST FOR APPROVAL AND STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT**<br><br>Hon. Kimberly J. Mueller<br>Hon. Carolyn K. Delaney<br><br>Complaint Filed: April 21, 2020<br>Trial Date: Not yet set |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1 **ORDER**

2   Good cause appears pursuant to the stipulation of the parties seeking an order
3 to extend the time for Defendant Frontier Airlines, Inc. ("Defendant") to respond to
4 the Class Action Complaint filed by Plaintiff Feliks Obertman, on behalf of himself
5 and all others situated ("Plaintiffs").

6   IT IS HEREBY ORDERED that Defendant's deadline to respond to Plaintiffs'
7 Class Action Complaint is extended from May 13, 2020, to June 10, 2020.

8   **IT IS SO ORDERED.**

10 Dated: _____

11             Hon. Kimberly J. Mueller
              United States District Court Judge