Patrick J. Kearns, Esq. (SBN 241602)
patrick.kearns@wilsonelser.com
Wesley A. Wong, Esq. (SBN 314652)
wesley.wong@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, California 92101
Telephone:  (619) 321-6200
Facsimile:    (619) 321-6201

Attorneys for Defendant, FRONTIER AIRLINES, INC.

# IN THE UNITED STATES DISTRICT COURT FOR THE
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIKS OBERTMAN, on behalf of himself and all others situated<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES INC.,<br><br>Defendant. | Case No.: 2:20-cv-00820-KJM-CKD<br><br>**CERTIFICATE OF SERVICE**<br><br>Hon. Kimberly J. Mueller<br>Hon. Carolyn K. Delaney<br><br>Complaint Filed: April 21, 2020<br>Trial Date: Not yet set |

I, the undersigned, am employed in the county of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 401 West A Street, Suite 1900, San Diego, California, 92101.

On May 11, 2020, I caused to be served the following document(s):

**1.    REQUEST FOR APPROVAL AND STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT**

**2.    [PROPOSED] ORDER GRANTING REQUEST FOR APPROVAL AND STIPULATION FOR AN EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSE TO COMPLAINT**

/ / /

**BY ELECTRONIC TRANSMISSION VIA ECF** – I electronically filed the foregoing document(s) with the Clerk of the Court through the CM/ECF system for the United States District Court, Southern District of California, which sent Notification of Electronic Filing to the persons listed.  Upon completion of transmission of said documents, a certified receipt is issued to the filing party acknowledging receipt by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California, that the above is true and correct.  Executed on May 11, 2020, at San Diego, California.

*Katelyn Kingsley*
Katelyn Kingsley

## SERVICE LIST

| | |
|---|---|
| Hassan A. Zavareei, Esq.<br>Annick Marie Persinger<br>TYCKO & ZAVAREEI LLP<br>1828 L Street NW, Suite 1000<br>Washington, D.C. 20036<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br>Email: hzavareei@tzlegal.com<br>       apersinger@tzlegal.com | **ATTORNEYS FOR PLAINTIFF FELIKS OBERTMAN AND THE PROPOSED CLASS** |
| Daniel L. Warshaw, Esq.<br>PEARSON, SIMON & WARSHAW, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 91403<br>Telephone: (818) 788-8300<br>Facsimile: (818) 788-8104 | **ATTORNEYS FOR PLAINTIFF FELIKS OBERTMAN AND THE PROPOSED CLASS** |