Patrick J. Kearns (SBN 241602)
patrick.kearns@wilsonelser.com
**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**
401 West A Street Suite 1900
San Diego, CA 92101
Telephone:  (619) 321-6200
Facsimile:   (619) 321-6201

Attorneys for Defendant
FRONTIER AIRLINES, INC.

# IN THE UNITED STATES DISTRICT COURT FOR THE

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIKS OBERTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>Defendant. | Case No.: 2:20-cv-00820-KJM-CKD<br><br>**STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**<br><br>Hon. Kimberly J. Mueller<br>Hon. Carolyn K. Delaney<br><br>Complaint Filed: April 21, 2020<br>Trial Date: Not yet set |

WHEREAS, on April 21, 2020, Plaintiff Feliks Obertman ("Plaintiff") filed his Complaint against Defendant Frontier Airlines, Inc. ("Defendant") seeking to represent a putative nationwide class and alleging a cause of action for breach of contract arising from an alleged failure to provide refunds for Defendant's flights that were canceled as a result of the COVID-19 pandemic;

WHEREAS, there are three other complaints based on the same theory regarding refunds for Defendant's flights that were canceled as a result of the COVID-19 pandemic, which also seek to represent a putative nationwide class, all of which have been filed and are pending in the United States District Court for the District of Colorado: *Young v. Frontier Airlines Inc.*, Case No. 1:20-cv-

/ / /

1  01153; *Sweet v. Frontier Airlines, Inc.* Case No. 1:20-cv-01340; and *Rivera-De
2  Leon v. Frontier Airlines, Inc.*, Case No. 1:20-cv-01518;

3      WHEREAS, Defendant is headquartered in Colorado, within the
4  jurisdiction of the United States District Court for the District of Colorado;

5      WHEREAS, for the convenience of the parties and witnesses and the
6  interests of justice, 28 U.S.C. § 1404(a) permits a court to transfer any action to
7  any other district where the action might have been brought or to which all parties
8  have consented;

9      WHEREAS, 28 U.S.C. § 1404(b) expressly states that the parties may seek
10 transfer of a case to another venue through stipulation of the parties;

11     WHEREAS, Plaintiff and Defendant agree that for the convenience of all
12 parties and witnesses and in the interests of justice, this action should be
13 transferred to the United States District Court for the District of Colorado
14 pursuant to 28 U.S.C. § 1404(a);

15     WHEREAS, Defendant consents to the exercise of personal jurisdiction by
16 the United States District Court for the District of Colorado and agrees that that
17 court would have subject matter jurisdiction over the cause of action alleged in
18 the Complaint;

19     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED by
20 and between Plaintiff and Defendant:

21     1.    This action should be transferred pursuant to 28 U.S.C. § 1404 to
22 the United States District Court for the District of Colorado;

23     2.    Defendant's time to respond to Plaintiff's Complaint shall be stayed
24 until seven days after this action is entered on the docket of the United States
25 District Court for the District of Colorado; and
26 / / /
27 / / /
28 / / /

3. Defendant does not waive, and does not intend to waive, any of its responses or defenses to the Complaint or to any of the allegations or the cause of action plead in the Complaint, except that Defendant agrees that venue for this action is proper in the United States District Court for the District of Colorado.

**IT IS SO STIPULATED.**

Dated: June 4, 2020     **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Patrick Kearns*
　　Patrick J. Kearns, Esq.
　　Attorneys for Defendant,
　　FRONTIER AIRLINES, INC.

As authorized on June 4, 2020     **TYCKO & ZAVAREEI LLP**

By: */s/ Annick Marie Persinger*
　　Annick Marie Persinger, Esq.
　　Hassan A. Zavareei, Esq.
　　Attorney for Plaintiff,
　　FELIKS OBERTMAN AND THE PROPOSED CLASS

## CERTIFICATION OF COUNSEL

The undersigned certifies that on June 4, 2020, counsel for Plaintiff Feliks Obertman and Defendant Frontier Airlines, Inc. met and conferred and mutually consented to the requested relief set forth in this Stipulation.

Dated: June 4, 2020

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

By: */s/ Patrick Kearns*
    Patrick J. Kearns, Esq.
    Attorneys for Defendant,
    FRONTIER AIRLINES, INC.