Patrick J. Kearns, Esq. (SBN 241602)
patrick.kearns@wilsonelser.com
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
401 West A Street, Suite 1900
San Diego, California 92101
Telephone:  (619) 321-6200
Facsimile:   (619) 321-6201

Attorneys for Defendant, FRONTIER AIRLINES, INC.

# IN THE UNITED STATES DISTRICT COURT FOR THE
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIKS OBERTMAN, on behalf of himself and all others situated<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES INC.,<br><br>Defendant. | Case No.: 2:20-cv-00820-KJM-CKD<br><br>**CERTIFICATE OF SERVICE**<br><br>Hon. Kimberly J. Mueller<br>Hon. Carolyn K. Delaney<br><br>Complaint Filed: April 21, 2020<br>Trial Date: Not yet set |

I, the undersigned, am employed in the county of San Diego, State of California.  I am over the age of 18 and not a party to the within action; my business address is 401 West A Street, Suite 1900, San Diego, California, 92101.

On June 4, 2020, I caused to be served the following document(s):

party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

1. **STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

2. **[PROPOSED] ORDER GRANTING TRANSFER OF VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**

1
**CERTIFICATE OF SERVICE**
2:20-cv-00820-KJM-CKD

1     **BY ELECTRONIC TRANSMISSION VIA ECF** – I electronically filed the foregoing document(s) with the Clerk of the Court through the CM/ECF system for the United States District Court, Southern District of California, which sent Notification of Electronic Filing to the persons listed. Upon completion of transmission of said documents, a certified receipt is issued to the filing party acknowledging receipt by the CM/ECF system.

    I declare under penalty of perjury under the laws of the State of California, that the above is true and correct. Executed on June 4, 2020, at San Diego, California.

*Katelyn Kingsley*
Katelyn Kingsley

## SERVICE LIST

| | |
|---|---|
| Hassan A. Zavareei, Esq.<br>Annick Marie Persinger<br>TYCKO & ZAVAREEI LLP<br>1828 L Street NW, Suite 1000<br>Washington, D.C. 20036<br>Telephone: (202) 973-0900<br>Facsimile: (202) 973-0950<br>Email: hzavareei@tzlegal.com<br>         apersinger@tzlegal.com | **ATTORNEYS FOR PLAINTIFF FELIKS OBERTMAN AND THE PROPOSED CLASS** |
| Daniel L. Warshaw, Esq.<br>PEARSON, SIMON & WARSHAW, LLP<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, CA 91403<br>Telephone: (818) 788-8300<br>Facsimile: (818) 788-8104 | **ATTORNEYS FOR PLAINTIFF FELIKS OBERTMAN AND THE PROPOSED CLASS** |