# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FELIKS OBERTMAN, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>FRONTIER AIRLINES, INC.,<br><br>Defendant. | Case No. 2:20-cv-00820-KJM-CKD<br><br>**ORDER GRANTING TRANSFER OF VENUE TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO**<br><br>Hon. Kimberly J. Mueller<br>Hon. Carolyn K. Delaney<br><br>Complaint Filed: April 21, 2020<br>Trial Date: Not yet set |

Having considered Plaintiff Feliks Obertman's and Defendant Frontier Airlines, Inc.'s Stipulation to Transfer Venue to the United States District Court for the District of Colorado, it is hereby ORDERED the the Stipulation is GRANTED, and it is further ORDERED that:

1. This action is hereby transferred pursuant to 28 U.S.C. § 1404 to the United States District Court for the District of Colorado;

2. Defendant's time to respond to Plaintiff's Complaint is stayed until seven days after this action is entered on the docket of the United States District Court for the District of Colorado; and

/////

/////

3. Defendant does not waive any of its responses or defenses to the Complaint or to any of the allegations or the cause of action plead in the Complaint.

IT IS SO ORDERED.

ENTERED this 9th day of June, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE